UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| DANIEL ABRAHAMOV, | Civ. Action No. 1:18-cv-00273 (RRM)(CLP) |
| Plaintiff, | |
| -against- | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONAL ENTERPRISE SYSTEMS, INC., | |
| Defendant. | |

----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: New York, New York
April 30, 2018

| | |
|---|---|
| COHEN & MIZRAHI LLP | RIVKIN RADLER LLP |
| By: ___*/s/ Daniel Cohen*___ | By: ___*/s/ Deborah M. Isaacson*___ |
| Daniel Cohen | Jonathan B. Bruno |
| 300 Cadman Plaza W, 12th Floor | Deborah M. Isaacson |
| Brooklyn, New York 11201 | 477 Madison Avenue, 20th Floor |
| *Attorneys for Plaintiff* | New York, New York 10022 |
| | *Attorneys for Defendant* |

SO ORDERED:

   s/Roslynn R. Mauskopf
_____              Dated:___May 3_____, 2018
Hon. Roslynn R. Mauskopf, U.S.D.J.        New York, New York

3983583 v1